Hillsborough
No. 6984

STATE OF NEW HAMPSHIRE

v.

RALPH CROSSEN

March 31, 1975

*Warren B. Rudman,* attorney general, and *Edward N. Damon,* attorney, by brief for the State.

*Ralph Crossen,* pro se, by brief.

MEMORANDUM OPINION

Defendant was convicted in a jury trial in which he was represented by counsel of two counts of selling a controlled drug. Defendant's exceptions were reserved and transferred by *Cann, J.*

A review of the transcript does not support the claim of the defendant that he did not receive a fair trial. The claim that newly discovered evidence warrants a new trial should be addressed to the superior court. RSA 491:7 (Supp. 1973); *State v. Long,* 90 N.H. 103, 107, 4 A.2d 865, 868 (1939).

*Exceptions overruled.*